**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fermin Rodriguez, | No. CV-19-00169-PHX-JAT |
| Petitioner, | **ORDER** |
| v. | |
| Charles L Ryan, et al., | |
| Respondents. | |

Pending before the Court is the Report and Recommendation (R&R) from the Magistrate Judge to whom this case was assigned recommending that this case be dismissed for failure to prosecute. (Doc. 18). This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). It is "clear that the district judge must review the magistrate judge's findings and recommendations *de novo if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) (emphasis in original); *Schmidt v. Johnstone*, 263 F.Supp.2d 1219, 1226 (D. Ariz. 2003) ("Following *Reyna-Tapia*, this Court concludes that *de novo* review of factual and legal issues is required if objections are made, 'but not otherwise.'"). In this case, no objections to the R&R have been received.

Therefore,

**IT IS ORDERED** that the Report and Recommendation (Doc. 18) is accepted.

**IT IS FURTHER ORDERED** that the Petition is dismissed, without prejudice, for

failure to prosecute and the Clerk of the Court shall enter judgment accordingly.

**IT IS FURTHER ORDERED** that a certificate of appealability is denied.

Dated this 1st day of November, 2019.

James A. Teilborg
Senior United States District Judge